**COZEN O'CONNOR**
Erica Rutner, SBN 344880
erutner@cozen.com
501 E. Las Olas Blvd., Suite 300
Fort Lauderdale, FL 33301
Telephone: 561.245.6120
Facsimile: 561.245.6213

Attorney for Defendant
IGLOO PRODUCTS CORP.

**JOHNSON BECKER, PLLC**
Zackary S. Kaylor (*Pro Hac Vice*)
zkaylor@johnsonbecker.com
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801

Attorney for Plaintiff
DAVID BRUCE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID BRUCE, an individual,

Plaintiff,

vs.

IGLOO PRODUCTS CORP.,

Defendant.

Case No. 3:26-cv-07888-WHO

**STIPULATION TO EXTEND TIME TO FILE DEFENDANT IGLOO PRODUCT CORPORATION'S REPLY IN SUPPORT OF MOTION TO DISMISS; AND ~~[PROPOSED]~~ ORDER**

DATE: September 30, 2026
TIME: 2:00 PM PST
COURTROOM: 2
JUDGE: Hon. William H. Orrick

Action Filed: July 29, 2026

Plaintiff DAVID BRUCE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP. ("Defendant"), by and through their respective counsel of record, and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the United States District Court for the Northern District of California, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in the above-captioned action on July 29, 2026 [Dkt. 1];

WHEREAS, Plaintiff served the Summons and Complaint on Defendant on July 31, 2026, making the responsive deadline August 21, 2026;

COZEN O' CONNOR
501 E. LAS OLAS BLVD, SUITE 300
FORT LAUDERDALE, FL 33301

WHEREAS, Defendant filed its Notice of Motion and Motion to Dismiss Plaintiff's Complaint on August 21, 2026 and Plaintiff filed his Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint on September 4, 2026;

WHEREAS, on September 8, 2026, Defendant requested a 3-day extension to September 16, 2026 to allow sufficient time to prepare its Reply in Support of Defendant's Motion to Dismiss due to the extended holiday weekend and other unavoidable commitments;

WHEREAS, Plaintiff's counsel agreed to extend Defendant's time to file its Reply in Support of Defendant's Motion to Dismiss by 3 business days to September 16, 2026;

WHEREAS, the Parties respectfully submit that good cause exists for the requested extension;

WHEREAS, no prior extensions of time to file the Reply in Support of Defendant's Motion to Dismiss have been granted by the Court;

WHEREAS, this extension does not alter any existing deadlines fixed by the Court;

WHEREAS, the Parties also met-and-conferred regarding the currently scheduled in-person hearing on Defendant's Motion to Dismiss set for September 30, 2026, and agreed to appear at the hearing via Zoom videoconference;

**IT IS HEREBY AGREED AND STIPULATED**, by and between the Parties, as follows:

1. Defendant's deadline to file its Reply in Support of Defendant's Motion to Dismiss to Plaintiff's Complaint is extended through and including September 16, 2026;

2. The hearing on Defendant's Motion to Dismiss set for September 30, 2026 at 2:00 p.m., shall be held via Zoom videoconference; and

3. The Parties respectfully request that the Court approve this Stipulation and enter the accompanying Proposed Order.

**IT IS SO STIPULATED**.

COZEN O' CONNOR
501 E. LAS OLAS BLVD, SUITE 300
FORT LAUDERDALE, FL 33301

//

Dated: September 8, 2026

COZEN O'CONNOR

By: *\/s/ Erica Rutner*
Erica Rutner, Esq.
Attorney for Defendant
IGLOO PRODUCTS CORPORATION

Dated: September 8, 2026

DOYLE APC

By: *\/s/ Zackary S. Kaylor*
Zackary S. Kaylor, Esq.
Attorney for Plaintiff
DAVID BRUCE

COZEN O' CONNOR
501 E. LAS OLAS BLVD, SUITE 300
FORT LAUDERDALE, FL 33301

**SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1, I, Erica Rutner, hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its submission.

Dated: September 8, 2026

*<u>/s/ Erica Rutner</u>*
Erica Rutner

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

DAVID BRUCE, an individual,

Plaintiff,

vs.

IGLOO PRODUCTS CORP.,

Defendant.

Case No. 3:26-cv-07888-WHO

**~~[PROPOSED]~~ ORDER**

[Filed Concurrently with Stipulation to Extend Time to File Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 6.1, and Signature Attestation]

Having considered the Stipulation to Extend Time to Extend Time to File Defendant's Reply in Support of its Motion to Dismiss Plaintiff's Complaint filed jointly by Plaintiff DAVID BRUCE ("Plaintiff") and Defendant IGLOO PRODUCTS CORP.'s ("Defendant"), pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6.1 of the United States District Court for the Northern District of California [Dkt. 16], and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's deadline to file its Reply in Support of its Motion to Dismiss the Complaint is extended through and including September 16, 2026, and the hearing on Defendant's Motion to Dismiss set for September 30, 2026 at 2:00 p.m., shall be held via Zoom videoconference

**IT IS SO ORDERED.**

DATED: September 9, 2026

Judge William H. Orrick